```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

BARBARA HAMBLEN and HERBERT HAMBLEN,

    Plaintiffs

v.                        Case No. 8:17-cv-1613-T-33TGW

DAVOL, INC. and C.R. Bard, Inc.,

    Defendants.
_____/

## ORDER

    This matter is before the Court pursuant to Defendants Davol, Inc. and C.R. Bard, Inc.'s Motion to Dismiss, in part, Plaintiffs' Complaint (Doc. # 9), which was filed on September 5, 2017. The Complaint spans 40 pages and contains 9 counts. (Doc. # 1). Defendants seek the dismissal of counts 4 through 8 with prejudice. Plaintiffs, two individuals who are represented by counsel, failed to file a response in opposition to the Motion within the time parameters of the Local Rules. Local Rule 3.01(b), M.D. Fla., explains, "Each party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall include in a document not more than twenty (20) pages."

Accordingly, on the present record, this Court considers Defendants' Motion (Doc. # 9) as an unopposed motion and grants the Motion. However, in an abundance of fairness to Plaintiffs, the Court dismisses counts 4 - 8 of the Complaint without prejudice, rather than with prejudice, as was requested in the Motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

(1) Defendants Davol, Inc. and C.R. Bard, Inc.'s Motion to Dismiss, in part, Plaintiffs' Complaint (Doc. # 9) is **GRANTED** as an unopposed Motion.

(2) Counts 4 - 8 of the Complaint are dismissed without prejudice.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 26th day of September, 2017.

_/s/ Virginia M. Hernandez Covington_
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE